# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 20-cr-00137-03** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **CARY S. NIMMONS, JR. (03)** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 149] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 152] and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count One of the Indictment.

Sentencing is set for February 9, 2023, at 1:30 p.m., before the undersigned in Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers on the 31st day of October, 2022.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE